**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LISA AUDIT,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-01833

Judge Jeffrey I. Cummings

Magistrate Judge Jeannice W. Appenteng

## <u>AMENDED SCHEDULE A TO COMPLAINT</u>

| No. | Defendants |
|---|---|
| 1 | tangyinxianningyuanzhuangshi |
| 2 | huangxianxiangtt |
| 3 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 4 | DingYuTing |
| 5 | QuJingXuLiaoShangMao |
| 6 | wenbbusb |
| 7 | 海冯边玩具 |
| 8 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 9 | nChengS2025 |
| 10 | HuHeHaoTeShiLuBoYaoShangMaoYouXianZeRenGongS |
| 11 | HengYangXianZhaoWanShangMaoYouXianGong |
| 12 | 洪宇小店 |
| 13 | ShanXiShengJieTuoZhuangShi |
| 14 | GuangZhouYiWuShangMao |
| 15 | BEIBEEe |
| 16 | jinagh |
| 17 | zhanghhshi |
| 18 | LanLiXiaHongTing |
| 19 | 济南华春茂服装商贸有限公司 |
| 20 | jiangmenshijunhuiqichefuwu |
| 21 | aigjinu |

1

| 22 | wngob |
|---|---|
| 23 | zhongshanshiyingxindadengshiy |
| 24 | qibau |
| 25 | jinchenghuashuowujin |
| 26 | YunNanZiBin |
| 27 | hengyangyangzhuibaihuoyouxiangongsi |
| 28 | PuYangShiAnXiangYunShu |
| 29 | jiexiushiyuanfengmaoyiyouxiangongsi |
| 30 | 柜贤子塑品 |
| 31 | DongGuanShiMoBiaoFuZhuangYouXianGongSi |
| 32 | deyangzhiguangshanxi |
| 33 | dawencdtoi |
| 34 | XingQuGe |
| 35 | CARTEER |
| 36 | STARNF |
| 37 | TaiYuanXiShuo |
| 38 | ziKai |
| 39 | wnmm |
| 40 | LONGNHAT1102 |
| 41 | NGUYENHONGQUANAMZ |
| 42 | Nguyenleduyanh |
| 43 | Privalace US |
| 44 | DADOURL |
| 45 | ZLPhome |
| 46 | AnZhenJianZhuGongCheng |
| 47 | hubeizihongyinwuyouxian |
| 48 | HuHeHaoTeShiQiYuLingShangMaoYouXianZeRenGong |
| 49 | ShengZeJianZhu |
| 50 | 莱莉电子配件 |