**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LISA AUDIT,

       Plaintiff,                               Case No.: 1:26-cv-01833

v.                                     Judge Jeffrey I. Cummings

THE PARTNERSHIPS AND               Magistrate Judge Jeannice W. Appenteng
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

       Defendants.

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RENEWED MOTION**

Plaintiff, Lisa Audit ("Plaintiff"), respectfully moves this Court for a 21-day extension of time, up to and including August 12, 2026, of the July 22, 2026 deadline set in the Court's June 26, 2026 Order [22], by which Plaintiff intends to file its renewed motion. In support, Plaintiff states as follows:

1.     In its June 26, 2026 Order [22], the Court found that Plaintiff has presented evidence of completed purchases of the allegedly infringing products to customers in Illinois as to each defendant listed in the Second Amended Schedule A, satisfying the standard for personal jurisdiction under *Liu v. Monthly*, 170 F.4th 1090 (7th Cir. 2026).

2.     In the same Order, the Court denied without prejudice Plaintiff's renewed ex parte motion for leave to conduct expedited discovery and electronic service of process [20] in light of *Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co.*, 2026 WL 1502198 (7th Cir. May 29, 2026), and set a deadline of July 22, 2026 for any renewed motion.

3. Counsel requires a short additional period to complete and finalize Plaintiff's renewed motion and its supporting declarations and evidence. The extension is sought in good faith and not for purposes of delay.

4. No party will be prejudiced by the requested extension. No defendant has appeared, and no defendant has been served. The only scheduled event is the tracking status hearing set for August 21, 2026 (at which no appearance is required), which the requested deadline precedes. This is Plaintiff's first request to extend this deadline.

**WHEREFORE**, Plaintiff respectfully requests that the Court extend the deadline set in its June 26, 2026 Order [22] up to and including August 12, 2026. A proposed Order granting this Motion is submitted herewith.

DATED: July 22, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
Email: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***