**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LISA AUDIT,

        Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

        Defendants.

Case No.: 1:26-cv-01833

Judge Jeffrey I. Cummings

Magistrate Judge Jeannice W. Appenteng

**<u>DECLARATION OF LISA AUDIT</u>**

I, Lisa Audit, declare and state as follows:

1.      This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.      I am the artist that creates the Lisa Audit Works. I make this declaration from matters within my knowledge save where otherwise stated.

3.      I am a contemporary artist whose artworks feature landscapes and floral themes in a variety of mediums including oil paints, acrylics, and pen and ink. I have loved to draw for as long as I can remember. With my supportive family behind me, I nurtured my passion for the arts, drawing and creating new and innovative designs at an early age. I then studied graphic arts in college and, upon graduation, began my career as a wallpaper designer for several well-known companies. This led me to explore licensing my artwork for stationery, fabrics, and bathroom accessories, which is where I have found my success. For over twenty years, my art and patterns have been licensed on products for

1

every room in the home, including tableware, stationery, kitchen textiles, bedding, bath, rugs, and wall décor.

4.  I am the official source of products associated with the Lisa Audit Works (the "Lisa Audit Products"):



https://www.art.com/gallery/id--a8648/lisa-audit-posters.htm?

5.  I am the owner of the copyright registration for my work titled "Under the Sun I," United States Copyright Registration No. VA 2-420-419 (the "Subject Work"), which is the work at issue in this action. I am also the owner of fourteen additional United States copyright registrations, Nos. VA 2-422-058; VA 2-420-524; VA 2-421-411; VA 2-420-610; VA 2-420-635; VA 2-420-730; VA 2-420-615; VA 2-420-619; VA 2-420-507; VA 2-420-731; VA 2-420-718; VA 2-421-421; VA 2-422-055; and VA 2-420-516 (together with the Subject Work, the "Lisa Audit Works"). True and correct copies of the copyright

2

registrations for the Lisa Audit Works, including the Subject Work, are attached as **Exhibit 1.**

6.      I control the quality of all materials and content that feature the distinctive Lisa Audit Works.

7.      Substantial time, money, and other resources have been expended in developing, advertising, licensing and otherwise promoting the Lisa Audit Works. As a result, the images are widely recognized and exclusively associated by consumers, the public, and the trade with my name.

8.      The success of the Lisa Audit Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified, including the internet stores identified in Second Amended Schedule A [16] to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Subject Work to consumers in this judicial district and throughout the United States.

9.      I am aware of investigations related to internet-based infringement of the Subject Work. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that products infringing the Subject Work were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct

business with me and do not have the right or authority to use the copyright for any reason.

10. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

11. My goodwill and reputation are irreparably damaged when the Subject Work is used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Subject Work because infringers take away my ability to control the nature and quality of products bearing the Subject Work and derivative works.

12. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Subject Work are meant to be exclusive rights.

13. The marketing and distribution of the Subject Work and derivative works are aimed at growing and sustaining sales. When infringers use the Subject Work without authorization, the exclusivity associated with the Subject Work, as well as my reputation, is damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Subject Work create the impression that the copyright rights associated with the Subject Work may be infringed with impunity. The Subject Work is distinctive and signifies to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Subject Work on goods without authorization, the exclusivity of my

4

products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Subject Work cannot be compensated for financially since it erodes my ability to monetize the Subject Work.

15.     I will suffer immediate and irreparable injury, loss, or damage if an ex parte Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2026

_____
Lisa Audit